TENTATIVE RULING

ISSUED BY JUDGE LOUISE DECARL ADLER

Debtor: TOWNCENTER PLAZA, LLC
Number: 17-00623-LA11

Hearing: 02:00 PM   Thursday, July 13, 2017

Motion: OBJECTION TO CLAIM OF LIBERTY BANKERS LIFE INSURANCE CO.

**MATTER OFF CALENDAR AS MOOT.**

U.S. Trustee has lodged an order dismissing this case.   Lodgment period will expire prior to this hearing.   Case is not continuing and will be dismissed at which time all stays will be vacated.

No appearances required at today's hearing.

LIBERTY BANKERS LIFE INSURANCE CO'S MOTION FOR CLAIM ESTIMATION FILED BY DENNIS HOLMGREN ON BEHALF OF LIBERTY BANKERS LIFE INSURANCE COMPANY.

**MATTER OFF CALENDAR AS MOOT.**

U.S. Trustee has lodged an order dismissing this case.   Lodgment period will expire prior to this hearing.   Case is not continuing and will be dismissed at which time all stays will be vacated.

No appearances required at today's hearing.